No. 10–11169. ROLLE v. SCISM, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 10–11171. ZAMUDIO-OROSCO v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 10–11173. AULT v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 10–11174. ASBURY v. STEVENSON, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 10–11175. ALTIDOR v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 10–11176. AGUILAR v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 10–11177. ALLEN v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 10–11178. BAKER v. LAVALLEY, SUPERINTENDENT, GREAT MEADOW CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 10–11181. HUBBARD v. STEELE, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 10–11182. GREEN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 10–11183. CARLSON v. AMERICAN EXPRESS ET AL. C. A. 8th Cir. Certiorari denied.

No. 10–11184. SARABIA v. SMALL, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 10–11185. RAIHALA v. MICHIGAN. Cir. Ct. Cass County, Mich. Certiorari denied.

No. 10–11186. MICKENS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–11187. PIPHUS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.